IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>SFO GOOD-NITE INN, LLC,<br><br>Respondent. | NO. C06-7335 TEH |

ORDER OF DISQUALIFICATION

I, the undersigned Judge of the Court, finding myself disqualified in the above entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

DATED: 11/30, 2006.

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE