OLIVIA GARCIA
ROBERT J. BUFFIN
MICAH BERUL
JOHN A. ONTIVEROS
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California  94103-1735
Telephone Numbers:  (415) 356-5154/356-5169

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> V <br><br> SFO GOOD-NITE INN, LLC, <br><br> Respondent. | Civil No. C 06 7335 MJJ <br><br><br> STIPULATION FOR SHORTENING TIME <br> AND ORDER |

        Pursuant to Civil L.R. 6-2, Petitioner Joseph P. Norelli, Regional Director of Region 20 of the National Labor Relations Board, and Respondent SFO Good-Nite Inn, by its counsel, stipulate to the shortening of time prescribed in Civil L.R. 6-2 for notice of hearing and filing of opposition and reply papers with respect to Petitioner's request for injunctive relief, as follows:

        (1)     The petition may be heard by the Court on February 6, 2007, or as soon as possible thereafter.

(2)    Respondent's Opposition may be filed as late as February 1, 2007, or three (3) business days before the scheduled hearing; and

(3)    Petitioner's Reply may be filed as late as 12:00 noon on February 13, 2007, or 12:00 noon of the business day preceding the scheduled hearing.

/S/ Micah Berul                                          Date:    12/11/06
_____          _____
Micah Berul
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD



/S/ Patrick W. Jordan                                    Date:    12/12/06
_____          _____
Patrick W. Jordan
Counsel for Respondent
SFO GOOD-NITE INN, LLC


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Micah Berul
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Martin J. Jenkins

12/15/2006

Stipulation for Shortening Time
Page 2