1  OLIVIA GARCIA
   ROBERT J. BUFFIN
2  MICAH BERUL
   JOHN A. ONTIVEROS
3  National Labor Relations Board, Region 20
   901 Market Street, Suite 400
4  San Francisco, California 94103-1735
   Telephone Numbers: (415) 356-5154/356-5169
5
   Attorneys for Petitioner
6

Case 3:06-cv-07335-MJJ   Document 16   Filed 12/12/2006   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                   Petitioner,<br><br>  V<br><br>SFO GOOD-NITE INN, LLC,<br><br>                   Respondent. | Civil No. C 06 7335 MJJ<br><br>REVISED STIPULATION FOR SHORTENING TIME AND ORDER |

       Pursuant to Civil L.R. 6-2, Petitioner Joseph P. Norelli, Regional Director of Region 20 of the National Labor Relations Board, and Respondent SFO Good-Nite Inn, by its counsel, stipulate to the shortening of time prescribed in Civil L.R. 6-2 for notice of hearing and filing of opposition and reply papers with respect to Petitioner's request for injunctive relief, as follows:

       (1)    The petition may be heard by the Court on February 13, 2007, or as soon as possible thereafter.

Stipulation for Shortening Time
Page 1

  (2) Respondent's Opposition may be filed as late as February 1, 2007, or three (3) business days before the scheduled hearing; and

  (3) Petitioner's Reply may be filed as late as 12:00 noon on February 5, 2007, or 12:00 noon of the business day preceding the scheduled hearing.

/S/ Micah Berul     Date: 12/11/06
Micah Berul
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD

Case 3:06-cv-07335-MJJ   Document 16   Filed 12/12/2006   Page 2 of 2

/S/ Patrick W. Jordan     Date: 12/12/06
Patrick W. Jordan
Counsel for Respondent
SFO GOOD-NITE INN, LLC

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Micah Berul
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD

IT IS SO ORDERED

Judge Martin J. Jenkins
12/18/2006
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA