OLIVIA GARCIA
ROBERT J. BUFFIN
MICAH BERUL
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone numbers: (415)356-5169/(415)356-5151
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> v. <br><br> SFO GOOD-NITE INN, LLC, <br><br> Respondent. | Civil No. C 06 7335 JSW <br><br> STIPULATION AND ORDER VACATING CASE MANAGEMENT CONFERENCE |

It is hereby stipulated and agreed by and between Petitioner, the Regional Director of Region 20 of the National Labor Relations Board, and Respondent, SFO Good-Nite Inn, LLC, by their respective attorneys, subject to the approval of the Court, that:

1. On March 1, 2007, this Court, by the Honorable Martin J. Jenkins, issued a temporary injunction (the "Order"), pursuant to Petitioner's Petition for Injunction Under Section 10(j) of the National Labor Relations Act.

2. On March 14, 2008, Petitioner and Respondent filed, pursuant to Civil Local Rule 16-9, a joint case management statement providing information on the status of this case to the Honorable Jeffrey S. White.

3. Petitioner and Respondent stipulate and agree that this case does not currently require any scheduling, given that Respondent is, and has been, complying with the Court's Order.

4. The parties therefore stipulate and agree that good cause having been shown, the case management conference in this matter scheduled for March, 21, 2008 at 1:30 p.m. should be vacated.

Case 3:06-cv-07335-JSW   Document 50   Filed 03/20/2008   Page 2 of 3

By: *Micah Berul*                                    Dated: 3/20/08
Micah Berul
Attorney for Petitioner
NATIONAL LABOR RELATIONS BOARD

By: *[signature]*                                    Dated: 3/20/08
Sarah Wolfe
Jordan Law Group
1010 "B" Street, Suite 320
San Rafael, CA 94901
Attorney for Respondent

It is hereby ORDERED that said case management conference is hereby vacated.

Done at San Francisco, California, this 20th day of March, 2008.

*Jeffrey S White*
United States District Judge