OLIVIA GARCIA
ROBERT J. BUFFIN
MICAH BERUL
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone: (415) 356-5151 / (415)356-5169

Attorneys for Petitioner

Case 3:06-cv-07335-JSW   Document 52   Filed 04/10/2008   Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, | )<br>)<br>)<br>) |
| Petitioner, | ) Civil No. C 06 7335 JSW |
| v. | ) |
| SFO GOOD-NITE INN, LLC, | ) STIPULATION AND ORDER<br>) TERMINATING PROCEEDING |
| Respondent. | ) |

It is hereby stipulated and agreed by and between Petitioner, the Regional Director of Region 20 of the National Labor Relations Board, and Respondent, SFO GOOD-NITE INN, LLC, by their respective attorneys, subject to the approval of the Court, that:

1.      On March 1, 2007, this Court, by the Honorable Martin J. Jenkins, issued a temporary injunction, pursuant to Petitioner's Petition for Injunction Under Section 10(j) of the National Labor Relations Act, pending final administrative disposition of the matters before the National Labor Relations Board (the "Board").

2.  On March 20, 2008, the Board, in *SFO Good-Nite Inn, LLC,* 352 NLRB No. 42 (2008), issued its Decision and Order (the "Board Order").

3.  The Board Order constitutes final administrative disposition of the matters involved in this proceeding.

By: _____   Dated: 4/9/08
Micah Berul
Attorney for Petitioner
NATIONAL LABOR RELATIONS BOARD

By: _____   Dated: 4/7/08
Sarah Wolfe
Jordan Law Group
1010 "B" Street, Suite 320
San Rafael, CA 94901
Attorney for Respondent

It appearing to the Court that the Board Order constitutes the final administrative disposition of the matters involved in this proceeding, and the parties so stipulating, it is hereby ORDERED that this proceeding be, and the same hereby is, terminated.

Done at San Francisco, California, this 10th day of April, 2008.

_____
Jeffrey S. White
United States District Judge